**NOT FOR PUBLICATION**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

HOMERO NAVARRO
QUINTANILLA,                         :         Civ. No. 23-2613 (RMB)
                                     :
           Petitioner               :         **OPINION**
                                     :
      v.                             :
                                     :
WARDEN FCI FORT DIX,                 :
                                     :
           Respondent               :

_____

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Homero Navarro Quintanilla, a federal inmate incarcerated at FCI Fort Dix, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("§ 2241 petition"), challenging the Bureau of Prison's determination that he was ineligible to earn First Step Act Time Credits.  ("FSA Time Credits"). (Amended Petition, Dkt. No. 7; Memorandum, Dkt. No. 7-1.)  Respondent filed an answer in opposition to habeas relief because Petitioner was serving a sentence for violation of 8 U.S.C. § 1326(a) & (b)(1), which rendered him ineligible to earn FSA Time Credits under 8 U.S.C. § 3632(d)(4)(D)(lix).  (Answer, Dkt. No. 5.) Respondents submit that the amended petition is now moot because Petitioner served his sentence and was released from Bureau of Prisons custody on March 6, 2026.  (Letter, Dkt. No. 14; Declaration of Alisha Gallagher and Ex. 1, Dkt. Nos. 14-1 and 14-2.)

1

A habeas corpus petition under § 2241 must present a live "case" or "controversy" under Article III of the U.S. Constitution.  A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief.  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996).  In this case, Petitioner's release renders moot his challenge to BOP's determination that he was ineligible to earn FSA Time Credits toward early release.  Accordingly, the amended petition will be dismissed. An appropriate Order follows.

**DATE:  March 17, 2026**

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge
